**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CURTIS JOHNSON**                                                                      **PLAINTIFF**

V.                                         **4:012CV00793-JM**

**TOM VILSACK, Secretary, United States
Department of Agriculture; GARY COCHARAN;
HENDRA WOODFORK; SHIRLEY MOORE;
DOTSON COLLINS; JAMES G. CULPEPPER, III;
DIANA SHOOK; LINDA NEWKIRK; DENNIS L.
STEPHENS; LINDA BAKER; THOMAS BROWN;
M. TERRY JOHNSON; JOHN DOE(S)
AND JANE DOE(S)**                                               **DEFENDANTS**

## JUDGMENT

For reasons stated in the order entered on this date, the complaint of the Plaintiff is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2015.

_____
James M. Moody Jr.
United States District Judge